IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| JEAN H. LEADER, | Civil Action No. 3:07-cv-43 |
| Plaintiff, | |
| vs. | |
| GOGGINS & LAVINTMAN, P.A., | |
| Defendant. | |

### DISMISSAL WITH PREJUDICE

Plaintiff, Jean Leader, by her attorney Ray Johnson, hereby dismisses the above-captioned matter with prejudice pursuant to a settlement agreement between the parties.

Respectfully submitted,

RAY JOHNSON
AT0004019
Johnson Law Firm
950 Office Park Road
Suite 335
W. Des Moines, Iowa 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com